UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) 1:19-cr-00102-LEW |
| | ) |
| MIGUEL ANGEL FRANCO, | ) |
| Defendant | ) |

**ORDER ON MOTION FOR TRANSCRIPT**

Defendant asks the Court to authorize, at government expense, the preparation of the transcript of his sentencing hearing on November 13, 2020. (Motion, ECF No. 101.) Before the Court can authorize the post-conviction preparation of a transcript at government expense, the Court must first certify that the matter for which the transcript is requested is not frivolous and that the transcript is necessary. *See* 28 U.S.C. § 753(f). Neither the motion nor the docket reflects a motion or matter for which the transcript is requested. The Court, therefore, cannot certify that the transcript is necessary for a non-frivolous matter. Accordingly, the Court denies the motion for transcript.

**<u>NOTICE</u>**

Any objections to this Order shall be filed in accordance with Federal Rule of Civil Procedure 72.

/s/ John C. Nivison
U.S. Magistrate Judge

Dated this 31st day of August, 2021.