| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) 1:19-CR-102-1 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec. Court) 22 CRIM 374 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Miguel Angel Franco<br>Bronx, NY | Maine | Bangor |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Lance E. Walker | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 05/18/2022 — TO 05/17/2025 |

**OFFENSE**
Possession with Intent to Distribute a Mixture or Substance Containing Cocaine, Aid & Abet
21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), 18 U.S.C. § 2

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF **Maine**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **Southern District of New York** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

Date and time issued: 1:14 pm, Jun 28 2022

City and state: Bangor, Maine

Lance Walker, U.S. District Judge
*Printed name and title*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **Southern** DISTRICT OF **New York**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JUL 12 2022
*Effective Date*

*United States District Judge* USMJ

JUDGE SCHOFIELD     JUDGE SCHOFIELD