# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 1:19-cr-00102 |
| MIGUEL ANGEL FRANCO | |

## SATISFACTION OF JUDGMENT

The monetary Penalty(s) imposed in the above-captioned action on November 13, 2020, has/have been satisfied and paid in full.

Dated: July 12, 2024

Respectfully Submitted,

DARCIE N. MCELWEE
United States Attorney

*/s/ Andrew K. Lizotte*
Civil Chief
Assistant U.S. Attorney
202 Harlow Street
Bangor, Maine 04401
207-945-0373
Andrew.Lizotte@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2024, I electronically filed a Satisfaction of Judgment with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the attorneys of record.

                                        DARCIE N. MCELWEE
                                      United States Attorney

By:  */s/ Maria C. Bida*
        Paralegal Specialist on behalf of
        Andrew K. Lizotte
        Civil Chief
        Assistant U.S. Attorney
        202 Harlow Street
        Bangor, Maine 04401
        207-945-0373
        Andrew.Lizotte@usdoj.gov